Rodney Belle Jr.

c/o P.O. Box 352

Spring Valley Ca [91976]

FILED

2009 NOV 13 PM 3: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

09 CV 2563 WQH   POR

| | |
|---|---|
| **RODNEY BELLE Jr.** | ) Case No. |
| | ) Federal Tort Claim Act. |
| | ) **A public Accommodations suit,** |
| | ) |
| Plaintiff | ) Action Seeking to Enforce public |
| | ) Accessibility, Community of Interest of |
| vs. | ) the General Public at Large, **under the** |
| | ) **Private Attorney General Bill,** |
| DUETSCHE BANK TRUST COMPANY, | ) **that Enforce , Police Brutality &** |
| | ) **RICO Corrupt Organization, Self** |
| Ameriquest Mortgage, | ) **Help to cover up Security Fraud of** |
| | ) **Foreign unregistered Securities** |
| Debra Bass, Captain O'Hara of | ) **that has no assignment of CUSIP** |
| | ) **Number/** Unfair or deceptive Act |
| the Temecula Police Department, | ) or practice from a Mortgage Lender |
| | ) Act, Perpetrate Out right Fraud, |
| Century 21 and Associates 1-100 | ) Breach of Duty, of Consumers |
| | ) Protection Act of 1974, Corrective |
| Johnny Espana of ERA Regency | Policies against Predatory |
| | Lenders. |
| Realtor, Lieutenant Judge , | **Request of Special Grand Jury** |
| | **Investigation and Indictments** |
| Don Fortney, Veronica RICO, of | **[Impeachment] for Violation and** |
| | **Obstruction of Proceeding of** |
| Riverside Sheriff Department. | **Legislative.** |
| Anderson #3947 | |
| Defendant | |

THE PLAINTIFF, RODNEY BELLE Jr.

Has Reviewed the [civil]Criminal Complaint, and Reserved All Right

Waiver None Ever to File, under the Private Attorney General Bill &

Statutes, California Business and Professions code, Section

17204  and Section 17535. The United States Supreme Court,

United States Congress, and United States Senate, Has passed law

1

with "**private Attorney General**" **Bill Provisions** that provide for the enforcement of law -Prohibiting: **Employment Discrimination, Police Brutality and Water Pollution, Clean Water Act and Criminal Enterprise Act.**

( **RICO) Racketeer Influenced and Corrupt Organizations Act.**

**"A public Accommodations suit",**

This Government Tort Action Seeking to enforce public accessibility, and Community of Interest of the General Public at Large   ,   **Reservation of Rights, waiver of rights, none ever to Class Action Complaint for Damages ,Fee, cost, Rights to Consolidation/ Joinder of claims to absent class member,** Declaratory , Injunctive and other Relief ,and a state a claim of Relief under Clearfield Doctrine, and Security and Exchange Commission of 1933 and 1934, before a Well Inform Common Law Jury Trial, Guarantee under the 7th amendment of the Constitution for the united States of America, which also Guarantee, a Special Appointment of a Article III Court & Judges, and Received order to recover Attorney fee under code of civil Procedures Section 10215 .

 **This Information of  the name defendant, Obstructing Legislative Proceeding joinder of claim in Pending Class Action suit DUETSCHE BANK TRUST COMPANY , Ameriquest Mortgage  and Cohorts, Associates spurious Attempt to cover up bogus Foreclosure by third parties who foreclosure before the original**

2

1   schedule date , due to Rescission of from the Original Trustor

2   mention the original loan/ Foreign Securities was not properly

3   register with assignment of CUSIP Number, a Direct Violations of

4   its Bank Charter and the Security and Exchange Commission , all

5   Malfeasant names listed in above included Cohorts in associates

6   in Self Help should be subjected to this Federal Tort Claim

7   Violation, and International Treaties, Violations includes but

8   are not limited to Negligence, Negligence Per Se, **Securities**

9   **Violation of Bank Charter and Willful Negligence by doing**

10  **business with the sell or trade of None Register of Foreign**

11  Security, Conspiracy Racketeering, Conspiracy to interfere with

12  Civil and (Human Right) of each class members, and the General

13  Public Consumers at large, and other Intentional Tort, and

14  obstruction of Justice, etc.

15

16   The Private Attorney General Bill, that Protect the Public,

17  Interests through private litigation and Judicial Remedy for the

18  Consumer Grievance, this Class Action are Domestics,

19   ( U.S. Citizen and or Residents, Foreign State National).

20

21   **The District of Columbia  Human Right Act of 1977, title 6**

22  **chapter 22**, the supervision process for homeowner is not

23  Guarantee in the 50 Republic states, only the District of

24  Columbia and some 29 states, leaving the General Public at

25  Large, victim to Unfair or deceptive Act or practice from a

26  Mortgage Lender Act, Perpetrate Out right Fraud, Breach of Duty,

27  of Consumers Protection Act of 1974, Corrective Policies against

28

Predatory  Lenders.

   **The Private Securities litigation Reform Act of 1995.
Pub. L. 104-67, 109 STAT. 737(codified as amended in scattered
section of 15 USC ("PSLRA) implemented.**
 **PARTY OF INTEREST**
 **The Plaintiff at all time mention: RODNEY BELLE Jr.**
      **Acting PRIVATE ATTORNEY GENERAL** .

            vs


 The Defendants at all time Mention: DUETSCHE BANK TRUST
COMPANY,  Ameriquest Mortgage, Debra Bass, Captain O'Hara of the
Temecula Police Department, Century 21 and Associates 1-100
Johnny Espana of ERA Regency Realtor,  Lieutenant Judge , Don
Fortney, Veronica RICO, of Riverside Sheriff Department.




**A Claim of Relief can be Granted by The Follows:**

   1) **the Security and Exchange Commission of 1933 &34**
   2) Clearfield Doctrine & the General Accepting Accounting
      Principle
 **And**  3) Stare Decisis
        4)Vertical Stare Decisis
        5) Horizon Stare Decisis


   **In order for a crime to exist, four elements must exist.
First** there must be a **clearly defined crime or civil** /criminal
action.  **Second**, there must be a victim.  **Third that** the victim
must have been damaged or injured, and **fourth,** the criminal
intent must be established on the part of the accused. **Without**

proof of all four elements, no action can be considered  civil crimes.


The  Defendant DUETSCHE BANK TRUST COMPANY , Nominee Trustees for Ameriquest Mortgage Company loan service company or lenders is RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of **a State or political subdivision thereof or of an organization**, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, organization **with intent to deceive another person, organization, or government shall be fined not more** than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at

 18 USC sec 2311 is included: **"evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a DUTY, OBLIGATION, OR  RIGHT OF ACTION.**
**Conspiracy-**

        A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary).  Multiple officials,

agents, and other persons named properly noticed by the attached commercial affidavit

Racketeering

Is the combination of the above identified crimes.  Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc.

**Fraud- Misrepresentation**

Permitting shown and demonstrated Acts under the Status of fraud and (violation of its Bank Charters)Actively participating in a scheming conspiracy of untruths and misrepresentation to deceived the Public at Large and those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith within such fraud was shown (Cal. Penal Code sec. 532 18 USC 1001).

**The Ninth Circuit Court of Appeal has states:**
**Stare Decisis is the Policy of the Court to stand by Precedent;**
The term is but an abbreviation of stare decisis et quieta non moveer to **stand by and adhere to decision and not disturb what**

1  is settled, Maintain what has been decided and not Alter that

2  which has been established is legal principle by which Judge are

3  obligated to Obey the Precedent established by prior decision.

4  And (B) Clearfield Doctrine

7  THE CLEARFIELD DOCTRINE WAS RECORDED IN THE AMERICAN LAW REPORT OF

8  1938.

9  THE DOCTRINE EXPLAINS: ERIE RAILROAD COMPANY V. HARRY J. TOMPKINS.

10  United States Supreme Court- April 25, 1938

11  (-U. S.- ,82 L. ed. (Adv. 787), 58 S. Ct.-.)

12  Courts. § 377 – duty of Federal Courts to follow State decisions on matters of general law.

14  1.  The Phrase "laws of the several states" in the provision of § 34 of the Federal Judiciary

15     Act of September 24, 1789, chap. 20, 28 U.S.C.A. § 725, that the laws of the several

16     states, except where the Constitution, treaties, or statutes of the United States otherwise

17     require or provide, shall be regarded as rules of decision in trials at COMMON LAW, IN

18     THE COURTS OF THE United States, in cases where they apply, cannot constitutionally

20     be construed as excluding in matters of general jurisprudence the unwritten law of the

21     state as declared by its highest court. Swift v. Tyson, 16 Pet. 1 10 L. ed. 865,

22  Inquiry why the General Public at Large, is not Guarantees full

23  Disclosure per- the Freedom of Information Act of each lender

24  alleged Bank Charters from the Secretary of state, and full

25  Disclosure (The Promissory Note/deed of Trust is Properly

26  Register with a CUSIP Number according to the Security and

1  Exchange Commission of 1933, and American Banker Association
2  Trademark) and the General Public at Large and the Follows:
3
4
5
6                              fact
7   1)  The Affirmative Fact after Federal Judge Boyko Dismiss
8  Hundred of Bogus Foreclosures (Promissory Note without A CUSIP
9  Number is Not Register of Foreign Security ,Securities fraud and
10 Direct Violation of the Security and Exchange Commission ,
11 meaning why Federal Judge Boyko  Chastised the CEO said name
12   Defendant DUETSCHE BANK TRUST COMPANY Nominee, Successors
13 Trustee and or Nominee Lenders for Ameriquest Mortgage Company
14 loan servicing Company lack standing to bring Foreclosures
15 against the consumers nor the public at large, and  Knowing the
16 essential fact the Emergency Bankruptcy of 1933, prohibited the
17 lending of lawful money or emit letter of credit and defendants
18 Mortgage company is missing key Documents and Proper register of
19 securities, according to there Bank Charters that does not
20 Authorized  defendants to lend , Loan Lawful Money , Emit Letter
21 of Credit and Counterfeit Securities by Emit of Letter of Credit
22 and Creating a None Register Promissory Note with NO CUSIP
23 Number , per-  The Security and Exchange Commission of 1933 and
24 1934.
25
26 2.        The Plaintiffs Rodney Belle Jr. Attest and further
27 Declared after federal Judge Boyko Chastised the  Duetsche Bank/
28                              8

1 Ameriquest Mortgage who Fear of Criminal  Indictment and

2 Prosecution for securities Fraud of Foreign  security none

3 original Trustee Duetsche Bank Trust Company Received by Process

4 Server at place of business a Quiet Title Action from the Former

5 Owner from the same Federal United States District Court, in a

6 Spurious Attempt the CEO Duetsche Bank Trust Company/Ameriquest

7 Mortgage Foreclosures before the Original 90 day Sale date ,

8 Knowing  purchase of the foreign none register securities in

9 question , the  are credibly informed and believe, and upon

10 such information and belief allege, defendant Negligence / SELF

11 HELP and False arrest for Predator Insolvent Lenders was willful

12 and operation under the color of state law and office with the

13 intent, to cause harm to the owner and successor, by breach of

14 duty, by failed to give full Reconveyance, once the contract has

15 been executed, in and to the real estate, or a portion thereof,

16 and is made a party Defendant herein by name Captain Ohara of

17 Marietta Police and Sheriff , was unaware a independent official

18 had call the state judge and mention to release all parties who

19 was falsely arrested ,private Attorney General  Belle was called

20 by the sheriff to come to the property and bring his document,

21 only after he discovery the captain was not going to be present,

22 and he mention he on his way to the captain office was he

23 arrested several minute later, and the official mention also to

24 the state court Judge Mary was on the street and the sheriff ask

25 mention to go in to get any personal thing and then arrested her

26 and brought up false charges, solicitation for Insolvent

1   Deutshche Bank and Trust/Ameriquest Mortgage company as the same
2   can be ascertained .

3

4   4.              The Plaintiffs Rodney Belle Jr are credibly
5   informed and believe, Omissions and Breach of its bank charters
6   and upon such information and belief allege, that each of the
7   Defendants named herein was a corporation in the State of
8   California and do have a place of business within the State of
9   California or that each of the Defendants named herein are
10  residents of a state other than the State of California.

11

12  5.              Plaintiffs  Rodney Belle Jr. are credibly
13                  informed and believe, and upon such information
14                  and belief allege, the former owner surrender
15                  letter & keys to the Premise in dec. 2007 ,
16                  according to the court order to the landlord who
17                  according to the County Records Crystal and Ken
18                  Franklin.
19  Third Parties Trustee Duetsche Bank Trust Company/Ameriquest
20  Mortgage  aka Loan Serving Company by means of self help and a
21  Conventional Victory in state court small claim court, battle
22  with the Franklin family for 3 or 4years, and under the Color
23  of office and state law,  Debra Bass Attorney  at Law
24  Misrepresent state court in a Vexatious Litigant  by continue
25  to filed suit  in Mrs. Ashley Names and Omit to the Franklin
26  Family  , Knowing state Clerk will infer or implied the
27  Franklin is not a Parties to the case , even thou they may be
28                                  10

1   listed as Does 1-6 , Malfeasants Debra Bass has No Standing to

2   act as Spokespersons for the Fictitious Corporation names

3   Defendants, for California State Commission, nor the Secretary

4   of State Never issue a License to Mrs. Debra Bass (FELON)

5   Title of Nobility to Practice law in the Republic of

6   California , the Extra-Territory Border of the District Of

7   Columbia aka the United States, and to add insult to injuries,

8   **Malfeasant Mrs. Bass should be subject to this Government Tort**

9   **, for Outrageous and Unethical Business Practice of Declared**

10  **Domestic War on the General Public at Large, for Ignore the**

11  **Notice of Removal/Notice of Condemnation aka Eminent Domain**

12  **and Joinder of Class Action Lawsuit.**

14  6.            Each of the Defendants herein named makes some

15            claim adverse to the  , and or of the Plaintiffs

16            Criminal action  for Special  Grand Juries

17            Investigation and Indictment for the Direct

18            Violation and Obstruction of Legislative

19            Proceeding , now has been converted into Police

20            Brutality and Perhap the Impeachment of the

21            Captain Ohare Temecula police department, and

22            Captain of Riverside Sheriff department , self

23            help and entrapment and False Charges under EX

24            POST FACTO LAWS Abolished by the US Supreme Court

25            against Private Attorney General Belle Senior to

26            hinder the Real Class Action /Real Issue at hand

27            of Duetsche Bank and Trust / Ameriquest Mortgage

Company  are in Violation of its Bank Charters by lending Lawful Money and or Failed to Properly Registers Securities [Promissory Note with CUSIP Number ]  in harmony  the Security and Exchange Commission of 1934.

The Plaintiff Rodney Belle Jr. further affirms , that the Captain of the Sheriff Department and Police Department are Co-conspirator in this Corrupt RICO Enterprises , reason why false charges of Residential Burglary and Conspiracy charges in [**None Article III Court Per Separation of Powers** ]  Article II Court Coast Guard Court of Military Review

**R. Belle Sr.** 200948586 and (**first citations sw09295041**) , M. Bochum 20094892 R. Belle Jr. 200948585, **R. Garcia 2009SW093020021,  accepted for Value in said amount listed below, in Exchange with my Exemption Per-Treasury Direct Account CUSIP Number**  said defendants knew or should had know the class action by Belle Sr. Shade Light on the Willful Unethical Business Practice of these Predatory Insolvent Lenders and how they misleading statement and Omission of the nature of the loan , to the General Public alleged to pre- qualification for  the loan of the own money created by they promissory Note the Public sign, they never disclosed the a check book entry is a direct violation of the General Accepting Accounting Principal was omitted and any claim to the contrary is untrue statement ,

includes any material fact of full disclosure of its Bank

Charters, with the Secretary of State Breach by None

Performance, Breach of Trust  and duty with the Fraudulent

Intent by doing business with the consumers and  by willfully

failed to give full Disclosure of bank  charter/loan serving

company charters, and eject the general public and Record

Document said Property is use for Public uses, not to mention

**Insolvent Lender  Ameriquest Mortgage Company/ Duetsche Bank and**

**Trust Fully understand 1967 -First National Bank of Montgomery**

**vs Jerome Daily ,after bank President mention he created the**

**Money out of the thin air and judge mention that sound like**

**fraud and Mr. Daily was awarded his Property .**

6   The Plaintiff Rodney Belle Jr. further affirms , Rodney
Belle Senior filed a Class Action Lawsuit against Duetsche
Bank and Trust company, wherefore the Former Owner Mrs.
Ashley Join as Class Member along  with the Franklin
Family, all parties including the California Attorney
General office was service, Private Attorney General Belle
Senior Posted in Local Newspaper and Posted on the Window,
Caveat notice

To the Agent is notice to the Principal, on or Around  Oct.
22, 2009

When Private Attorney General Belle Senior request for a
citizen arrest to be made upon the Realtor of Century 21 for
Trespass , and in Good faith attempted to show the class

13

action the Riverside Sheriff Department , Declared
Obstruction of Justice, Falsely arrest Private Attorney
General Belle Senior [ a Direct Violation of the Private
Attorney General Bill  **"Police Brutality"** and **Unfruitful
Arrest Penal Code 813-818**], for their was Plenty of Time to
get a Summon , Complaint and sign Warrant for a Magistrate.

Private Attorney General Belle Senior was later release
with a Citations for Obstruction, and the Truth of the Matter
its was the Sheriff Department that was obstructing
Legislature Proceeding, Knowing the Original Owner has
joinder of her state action to the state class action lawsuit
were both the Plaintiff and Defendants are all the same.
wherefore the Supreme Court , Congress and the Senate Grant
the Private Attorney General the Right to Enforce Corrupt and
RICO Enterprise, the sheriff Department Know or Should Had
Know , Once the Cause of Action has been Removed to Federal
Court for over 5 month and once Remanded the Parties still
has to answer per- **28 USC 1446 section 576 Termination of
state action**, and the **Defendants did Answer by Declared
Condemnation on said Property, Eminent Domain and Removal
back to Federal Court** .

**Requesting the Impeachment of Both the Captain of the
Sheriff Department and Police of Temecula, for The General
Public at large is in Jeopardy , the Sheriff and Police
Department did not have time to get a summon , Complaint
and sign Warrant from a Magistrate, the Entire Time they
stage a Quasi-Military Crime scene and   Block was cut off**

14

for hour and sheriff department had time to call the News
People was their taken picture of me  after they , cut off
the Electricity and Kick Down the Door and Not once show me
a Court Order, it became clear to me once they call Private
Attorney general Belle Senior to come to the house to show
his documents, and he mention I wanted three day and the
captain didn't call  is the Captain there and he further
inquiry to the lieutenants Don Fortney# 2529 are you going
to called the captain , the lieutenants reply No!
………..private Attorney General Belle Senior mention I'm on
my way to the Captain office and Several minutes he  was
arrested for Residential Burglary and Conspiracy, Mary and
Sallie mention they were standing in front road block and
sallie try to show that she had a interest in the property
and the former owner surrender the keys and the premises,
she later reveal one of the officer said things is going to
get very interesting and taken mary and sallie around the
corner and the girls had to walk back and they sheriff
mention they could not make a citizen arrest on the agents
of Century 21 because they are across the street, but
sallie can get what ever personal things and they mention
can go , they mention the same to mary to get what ever
personal things and once mary enter into the property the
sheriff and Police arrested mary on the spot/ Entrapments.
I Rodney Belle jr. and my Girlfriend R. Garcia  and Friend
Ryan Scoot Spencer was falsely arrested also the sheriff
mention I refused to open the Door and I mention my dad

15

> **mention since there is a class action lawsuit and the cases**
> **has been join successfully, not to open the door without a**
> **Summon , Complaint and sign Warrant from a Magistrates, and**
> **I knew the former owner follow the court order from day one**
> **by surrender to the Landlord, etc.**

said defendants  made misleading statement and Omission of
the nature of

According to The *Clearfield* Doctrine, *Clearfield Trust Co. v.*
*United States*, 318 U.S. 363-371 (1942), which is *stare decisis*
upon all courts in the United States and the State, states that
"an entity cannot compel performance upon its corporate statutes
or corporation rules unless it, like any other corporation, can
contractually prove that it is the holder in due course of some
negotiable instrument between it and the one on whom its demands
for payment/performance are made, and it is willing to produce
said document, and to place the same into evidence before trying
to enforce its demands."

 All the defendant mention in the above are Mortgage loan
Servicing Company for a Secret Lender aka Private Lender/Bank
can not show according to its alleged bank charter, its
authorized to be the holder -in -due course of the none
register, not to mention breach of trust for none disclosure
insolvent third party bank & Charges.

> "**Breach of contract.** Failure, without legal excuse, to
> perform any promise which forms the whole or part of a
> contract; unequivocal, distinct and absolute refusal to

perform agreement." *Black's Law Dictionary*, 5[th] edition, page 171.

"**Breach.** The breaking or violating of a law, right, or duty, either by commission or omission." ***Black's Law Dictionary*, 5th edition, page 170.**

"Bank charges. This term in an action on a bill of exchange is equivalent to expenses of noting and may be especially endorsed as a liquidated demand." *Black's Law Dictionary*, 4th edition, page 184.

The Consumer at Large,  never had the opportunity to terminate Trustee and Successor and /or Nominee Lender& Trustee and "liquidate" the contract by graduate as the Settlor, who "settles property." the Insolvent Loan Servicing Company Ameriquest Mortgage Company/ Duetsche Bank and Trust Company, after the Former Ownwer Mrs. Ashley Paid in Full to Discharge said Debt, Which was Commercial Dishonor and bogus Foreclosures Proceeding commence,  this is a breaches the contract, the Trust Deed, by not transferring title when the contract is executed, and the Plaintiff Reserved the right under the statute of fraud, and Misrepresentation of bank charter, and no remedy or claim of releif," thereby achieving "final settlement." ***Black's Law Dictionary*, 4[th] edition:**

"Settlement. Act or process of adjusting or determining; an adjusting; an adjustment between persons concerning their

dealings or difficulties; an agreement by which parties having disputed matters between them reach or ascertain what is coming from one to the other; a liquidation." Page 1538.

"Liquidation. The act or process of settling or making clear, fixed, and determinate that which before was uncertain or unascertained; winding up a distribution of assets among creditors and stockholders." Page 1080.

"Wind up. To settle the accounts and liquidate the assets of a corporation, for the purpose of making distribution and dissolving the concern." Page 1775.

"Settle up. A term, colloquial rather than legal, which is applied to the final collection, adjustment, and distribution of the estate of a decedent, a bankrupt, or an insolvent corporation. It includes the processes of collecting the property, paying debts and charges, and turning over the balance to those entitled to receive it." Page 1538.

"Deed of settlement. The party who settles property is called the "settlor." Page 503.

The Deed of Trust/ note with CUSIP Number, which is one requirement under the Clearfield doctrine for the Bank to be able to state a claim upon which relief can be granted.

failed to Gives, Full Disclosure of each defendants, Bank Charter to the General Public at large , for this Matter the plaintiff ,inquiry in good faith pursuant to fair debt collection,  Entire Guidelines of General Accepting Accounting Principle, that Authorized none Register Promissory note without a CUSIP Number ,and the emit of letter or credit .

Declared and Attest, A Claim of Relief can be Granted by The following:
   3) **the Security and Exchange Commission of 1933**
   4) Clearfield Doctrine & the General Accepting Accounting
      Principle
**And**   3) Stare Decisis
      4)Vertical Stare Decisis
      5) Horizon Stare Decisis

The Defendants at all time Mention: DUETSCHE BANK TRUST COMPANY Ameriquest Mortgage Company _and that each Insolvent Bank aka Loan Servicing Company name Defendants DEUTSCHE BANK, NATIONAL TRUST COMPANY, Upon Request with the Secretary of State , of each Bank Charters, Breach by None Performance, Breach of Trust with the Fraudulent  Intent.
 According to The *Clearfield* Doctrine, *Clearfield Trust Co. v. United States*, 318 U.S. 363-371 (1942), which is *stare decisis* upon all courts in the United States and the State, states that "an entity cannot compel performance upon its corporate statutes or corporation rules unless it, like any other corporation, can contractually prove that it is the holder in due course of some negotiable instrument between it and the one on whom its demands

for payment/performance are made, and it is willing to produce
said document, and to place the same into evidence before trying
to enforce its demands."
DUETSCHE BANK TRUST COMPANY,  Ameriquest Mortgage,
 Debra Bass, Captain O'Hara of the Temecula Police Department,
Century 21 and Associates 1-100
Johnny Espana of ERA Regency Realtor,  Lieutenant Judge , Don
Fortney, Veronica RICO, of Riverside Sheriff Department.




    **The Private Attorney General Bill, that Protect the Public,**
**Interests through private litigation and Judicial Remedy for the**
**Consumer Grievance, and how a claim of Relief can be Granted**
**per-  Security and Exchange Commission of 1934, and the**
**Clearfield Doctrine, and Special choice-of laws -rules and**
**Proceeding , Article III Court Proceeding according per**
**Separations of power Act, and Common Law Rules.**
    Wherefore the Plaintiff   prayer and the following:
This Federal Tort and Government Tort by the Plaintiff under the
Private Attorney General Bill. )  and any mention in
Affirmative Fact after Federal Judge Boyko Dismiss Hundred of
Bogus Foreclosures (Promissory Note without A CUSIP Number is
Not Register of Foreign Security ,Securities fraud and Direct
Violation of the Security and Exchange Commission , meaning why
Federal Judge Boyko  Chastised the CEO said name

The Private Attorney General Bill, that Protect the Public,
Interests through private litigation and Judicial Remedy for the
Consumer Grievance, and how a claim of Relief can be Granted
per-  Security and Exchange Commission of 1934, and the
Clearfield Doctrine, and Special choice-of laws -rules and
Proceeding , Article III Court Proceeding according per
Separations of power Act, and Common Law Rules. CAVEAT Letter-
Rogatory TO ALL Malfeasants  Tort Waiver, Waiver of Tort
Contractual Right of Implied Contracts, agreement (Between the
Parties Petitioner & Respondents).

**Caveat Notice**: Provisions of this Implied agreement between the Parties shall not be construed as a waiver or limitation of that Secure Party's right agreement.  The (Counterclaimant /Rodney Belle Jr.), shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by All Right Reserved Waiver ,None Ever  No delay or omission on the part of the Secure Party's Rodney Belle Jr  in exercising a right shall operate as waiver of such right or any other right.  A waiver by the  Secure Party's Rodney Belle Jr  of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's Rodney Belle Jr guideline of Article 9 of the Uniform Commercial Code , further agreement between the Parties, waiver to the Insolvency Act of said amount of One Hundred Billion Dollar, lawful money Per day, the Secure Party /Lien Claimant who has a lien against said property , and the lien holder shall be paid pro rata if the value of the property is insufficient to pay all lien holders in full,  whenever the consent of is required under this Agreement, the granting of such consent by the secure party in one instance shall not constitute consent over the whole.

at all time mention has the right otherwise to demand strict compliance with that provision or any other provision of this agreement.  No prior waiver by

(Rodney Belle Jr ) nor any course of dealing between (Rodney Belle Jr  ) , and the Defendant DUETSCHE BANK TRUST COMPANY,  Ameriquest Mortgage, Debra Bass, Captain O'Hara of the Temecula Police Department, Century 21 and Associates 1-100 Johnny Espana of ERA Regency Realtor,  Lieutenant Judge , Don Fortney, Veronica RICO, of Riverside Sheriff Department.

 / Malfeasant's shall constitute a waiver if Default for failure to Cure All Human Rights Violation Per-Private Attorney General Bill of the Secure Party within time specified , said Breach of Duty  , Forfeitures of  All Respondents/ Debtor  are obligations under this agreement as to future Transactions, Pursuant to the Guideline of Article 9of the Uniform Commercial Code / United Nation  Geneva Convention  , The Rome Convention,  **Title 11 Adversary Proceeding  according to Bankruptcy Code , further Waiver of Rights  Waiver of Rights** to  101(5) of the Bankruptcy Code,  and section 54-70 Right to Payment ,  Waiver also includes Section 2242 / Section 2244 / Section 2246-50 provide that property shall be used to satisfy those creditors who have a lien against  the Property , and that the lien-holder shall be paid pro rata ,whether reduce to Judgment , Liquidated, fixed contingent, secure or unsecured; or right to equitable remedy for breach of performance is subjected to the Remedies under the

UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of contract.

UCC 3-103.  Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403.  Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of One Billion Dollar lawful money per day, U.S. $1,000,000,000.00**

Nature of Crime
Police Brutality & Self Help , ( RICO) Racketeer and Corrupt Organization, Violation of the Criminal
Enterprises Act , Conspiracy to Cover-ups , Security Fraud , of unregistered Foreign Security that has no
assigned CUSIP  Number , Obstruction of Proceeding of Legislative,

Damage Penalty Authority of Damage -Fraud    $1,000,000,000.00

18USC 1001

13 counts    **Obstruction of Proceeding of Legislative**

20 D

1    $5,000,000.000.00

2   18 USC 872

3 from count 13 (felony) (18USC 2112)

4 $250,000,000.00      18USC 3571, 3623

5 Conspiracy $250,000.00

6 $18USC, 241

7 Racketeering (Criminal)

8 $25,000,000,.00

9 $18USC, 1963

10 **Conspiracy of Residential Burglary  -Bogus Foreclosures -Violations**

11                           **of its Bank Charters**

12                        $250,000.00 per day

13 18 USC 872 See attachment: International Bill of Exchange -United

14                      Nation Convention on International

15                      Bill of Exchange

16 upon default

17                          Subtotal amount, see

18 attachment (A)

19

20 Racketeering (Civil Value) Whatever the actual damages are, that can

21 be proven, multiplied by 3, triple the damages.

22 $10,000.00 x 3 = $ 18 USC, 1964

23

24 **100 Constitutional Violations   .**

25 **(Human Rights violation)**                  $9,250,000,000.00

26                      20 E

1   Defendant DUETSCHE BANK TRUST COMPANY Nominee, Successors
2 Trustee and or Nominee Lenders for Ameriquest Mortgage Company
3 loan servicing Company lack standing to bring Foreclosures
4 against the consumers nor the public at large, and  Knowing the
5 essential fact the Emergency Bankruptcy of 1933, prohibited the
6 lending of lawful money or emit letter of credit and defendants
7 Mortgage company is missing key Documents and Proper register of
8 securities, according to there Bank Charters that does not
9 Authorized  defendants to lend , Loan Lawful Money , Emit Letter
10 of Credit and Counterfeit Securities by Emit of Letter of Credit
11 and Creating a None Register Promissory Note with NO CUSIP
12 Number , per-  The Security and Exchange Commission of 1933 and
13 1934 should be view as true and correct.

14

15         1. **the Riverside Sheriff Department does 1-100 and**
16            **Marietta Police department should be impeach and**
17            **Malfeasant Mrs. Bass should be subject to this**
18            **Government Tort , for Outrageous and Unethical**
19            **Business Practice of Declared Domestic War on the**
20            **General Public at Large, for Ignore the Notice of**
21            **Removal/Notice of Condemnation aka Eminent Domain and**
22            **Joinder of Class Action Lawsuit.**   Seeking to enforce
23            public accessibility, and Community of Interest in
24            behalf of  the General Public at Large Police
25            Brutality and Corrupt Organization, Rico Enterprises

26

27

28

2. the Plaintiff   Reservation of Rights, waiver of
   rights, none ever to Criminal Class Action Complaint
   for the US Supreme Court / Congress and the US Senate
   Appoint a Special Article III Court Proceeding , and
   Appoint of Article III Justice & Common Law
   Proceeding, to Review allegation of Sedition by
   Governmental agents, Self Help, Etc,

 Reservation of Rights to Consolidation/ Joinder of
Declaratory , Injunctive and other Relief ,and a state a
claim of Relief under Clearfield Doctrine, and Security
and Exchange Commission of 1933 and 1934, before a Well
Inform Common Law Jury Trial, Guarantee under the 7th
amendment of the Constitution for the united States of
America, which also Guarantee, a Special Appointment of a
Article III Court & Judges , etc.

3. Received order to recover Attorney fee in Criminal
   Proceeding **aka Criminal Class Action Proceeding**
   **/Counterclaim in state Court under code of civil**
   **Procedures Section 10215. and finding of the court to**
   **be just and proper.**

**Nov. 13, 2009          Henceforth Submitted**

*Rodney Belle*
_____
RODNEY BELLE Jr.,
**ACTING PRIVATE ATTORNEY GENERAL**
"ALL RIGHTS RESERVED"

22

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Rodney Belle Jr
c/o P.O Box 352
Spring Valley ca 91979

## DEFENDANTS

ERA Johnny Espino
4403 Riverside Dr
Chino ca 91710

**(b)** County of Residence of First Listed Plaintiff *San Diego*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed *Riverside*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'09 CV 2563 WQH POR

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

*Sam'*

Attorneys (If Known)

*Same*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☑ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

*Title 42 1983, 1984, 1985*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ___   DOCKET NUMBER ___

DATE *10-13-2009*   SIGNATURE OF ATTORNEY OF RECORD *Rodney Belle*

**FOR OFFICE USE ONLY**

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

*IFP pending*